**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TONY HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-825-D |
| | ) | |
| WARDEN CARTER, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1], in which Petitioner challenges the execution of his federal sentence. Respondent filed a Motion to Dismiss [Doc. No. 11], which was construed as a response on the merits. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3].

On March 20, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 13], in which he recommends that Petitioner's habeas petition be denied. For the reasons stated in the report, the magistrate judge found that Petitioner had not shown that he was entitled to any additional credit to his federal sentence. *Id.* at 4-5. In his report, the magistrate judge notified Petitioner of his right to file an objection to the report on or before April 6, 2026, and that the failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

1

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 13] in its entirety.

For the reasons stated therein, Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 9th day of April, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge